UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BROOKE MURPHY FORD )
)
)
    Plaintiff, )
) **JUDGMENT**
v. )
) No. 7:20-CV-112-RN
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security* )
)
    Defendant. )

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Robert T. Numbers, II for consideration on cross motions for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's motion (D.E. 33) for judgment on the pleadings be GRANTED, plaintiff's motion (D.E. 28) for judgment on the pleadings be DENIED, and the Commissioner's final decision be AFFIRMED. The Clerk is DIRECTED to close this case.**

<u>This Judgment Filed and Entered on September 7, 2021 with service on:</u>
Michael Gray Fillespie(via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

                                            PETER A. MOORE, JR., CLERK

                                            <u>/s/ Carson N. Brewer</u>
                                            (By): Carson N. Brewer, Deputy Clerk